■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERTELL KING, Appellant. [995 NYS2d 917]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Holdman, J.), imposed June 29, 2006, on the ground that the sentence was excessive.

Ordered that appeal is dismissed as academic.

The defendant's contention that the sentence imposed was excessive has been rendered academic (*see People v Nicholson*,

31 AD3d 468, 469 [2006]; *People v Anderson,* 168 AD2d 624, 624 [1990]), as the defendant has fully served his sentence (*see People v Nicholson,* 31 AD3d at 469; *People v Anderson,* 168 AD2d at 624). Accordingly, we dismiss the appeal. Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.